1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Arlisa Jackson, | Case No. 2:11-cv-02090-JAD-VCF |
|        Plaintiff, | |
| vs. | **Order Affirming** |
| National Security Technologies, LLC, | **Report and Recommendation** |
|        Defendants | |

     On June 4, 2013, United States Magistrate Judge Cam Ferenbach entered a Report of Findings and Recommendation recommending that Defendant's Motion to Dismiss under Federal Rules of Civil Procedure 25(a)(1) and 41 be denied.  Doc. 28 at 5 (Report and Recommendation), 23 (Motion to Dismiss).  The Report specifically notified the parties that any objections to that Report must be in writing and filed within 14 days of the date of service of the Report.  *Id.* at 6.  The time for filing Objections to Magistrate Judge's Findings and Recommendation passed without any such filing by either party.

     This Court has reviewed the Report of Findings and Recommendation in accordance with 28 U.S.C. § 636 (b)(1) and Local Rule IB 3-2.  It determines that Magistrate Judge Ferenbach's Report should be AFFIRMED for all the reasons stated therein.

1    **IT IS THEREFORE ORDERED** that the Court ADOPTS the entirety of the Report

2  of Findings and Recommendation, Doc. 28, and DENIES Defendant's Motion to Dismiss,

3  Doc. 23.

4    Dated: September 5, 2013.

5

6  _____
   Jennifer A. Dorsey
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26